UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALLY VILLAVERDE,<br><br>    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al*.,<br><br>    Defendants. | Case No. 2:18-cv-00921-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Service by Publication and Extend the Service Period (ECF No. 31), filed on March 12, 2020. No responsive pleading was filed by the served defendants.

Plaintiff's Motion provides an accurate account of the history of service on her Amended Complaint, which includes the Attorney General for the State of Nevada's declination to accept service for former employee Dr. Aranas. The docket, as well as Plaintiff's Motion, shows that service was thereafter attempted on Dr. Aranas' last known address on three occasions: January 15, 2020 at 12:38 p.m., January 23, 2020 at 1:16 p.m., and February 25, 2020 at 10:50 a.m. Based on the failure to personally serve Dr. Aranas, Plaintiff now seeks permission from the Court to serve him by publication. However, before service through publication will be considered, the Court finds service by mail, pursuant to Fed. R. Civ. P. 4(d), appropriate.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Service by Publication and Extend the Service Period (ECF No. 31) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's Motion for Service by Publication is DENIED without prejudice. Plaintiff's request to extend the service period is GRANTED and the service period is extended 60 days from the date of this Order.

IT IS FURTHER ORDERED that Plaintiff will be allowed to attempt service by mail pursuant to Fed. R. Civ. P. 4(d). Defendant Dr. Romeo Aranas will be allowed to waive service of summons by executing, or having his counsel execute, the Waiver of Service of Summons as

provided by Fed. R. Civ. P. 4(d) and returning it to the Court within 60 days of the postmarked date on service by mail.

IT IS FURTHER ORDERED that the Clerk of Court **shall** forward a copy of the Amended Complaint (ECF No. 7), a copy of this Order, and a Waiver of Service of Summons to the following:

Dr. Romeo Aranas
ADDRESS PROVIDED UNDER SEAL AT ECF NO. 17

The Clerk of Court **shall** also send a copy of the Waiver of Service of Summons form, which informs defendants that failure to file and serve an answer or motion under Rule 12 within 60 days of postmark date of service could result in a judgment being entered against a defendant.

The Clerk of Court **shall** mail a copy of this Order to Plaintiff at Plaintiff's address on file with the Court.

DATED: March 30, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE