UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SALLY D. VILLAVERDE,

Plaintiff

v.

ROMEO ARANAS, *et al.*,

Defendants.

Case No. 2:18-cv-00921-GMN-EJY

**ORDER**

Before the Court is Plaintiff's Motion to Extend Deadline to File Opposition to Defendant's Motion for Summary Judgment. ECF No. 71. Defendants filed its Non-Opposition to Plaintiff's Motion on April 28, 2021. ECF No. 73. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Deadline to File Opposition to Defendant's Motion for Summary Judgement (ECF No. 71) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's opposition to Defendants' Motion for Summary Judgment shall be due on May 24, 2021. Defendants' reply in support of its Motion for Summary Judgment shall be due on June 7, 2021.

DATED this 29th day of April, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE