UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00921-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for Forty-Five (45) Day Extension to File the Joint Pre-trial Order (ECF No. 103). Defendants' Motion arises from the Court's Order referring this matter to the Pro Bono Program for appointment of counsel to assist Plaintiff with preparing the required proposed joint pretrial order (the "JPO") as well as with trial. As indicated in Defendants' Motion, the appointment of counsel will take time thereby prompting the instant request for an extension. The Court finds, however, that a 45 day extension is unlikely to sufficiently allow for appointment of pro bono counsel and preparation of the JPO.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Forty-Five (45) Day Extension to File the Joint Pretrial Order (ECF No. 103) is GRANTED.

IT IS FURTHER ORDERED that the due date for filing the proposed joint pretrial order is extended to **June 30, 2022**.

IT IS FURTHER ORDERED that an additional extension of time will be considered should pro bono counsel not be appointed in sufficient time to meet the due date set by the Court.

DATED this 19th day of April, 2022.

                                                                        _____
                                                                        ELAYNA J. YOUCHAH
                                                                        UNITED STATES MAGISTRATE JUDGE