AARON D. FORD
  Attorney General
Christopher M. Guy (Bar No. 15239)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue Suite 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email:  cguy@ag.nv.gov

*Attorneys for Defendants*
*Dr. Gregory Bryan and Dr. Romeo Aranas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALLY VILLAVERDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-00921-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　It is Hereby stipulated by and between Plaintiff Sally Villaverde, by and through Erica C. Medley, Esq., and Defendants, Dr. Gregory Bryan and Dr. Romeo Aranas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.


/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety. The Court may consequently close the case. Any outstanding deadlines are considered moot.

DATED June 27, 2022.

/s/ Erica C. Medley
Erica C. Medley Bar No. 13959
9555 Hillwood Drive, 2nd FL
Las Vegas, NV 89134
*Attorney for Plaintiff*

DATED June 20, 2022.

AARON D. FORD
Attorney General

/s/ *Christopher M. Guy*
Christopher M. Guy, Bar No. 15239
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __29__ day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT